# FY-98 NATIONAL COMMAND AND NON-COMMAND SCREENING AND DETAILING BOARD RESULTS

**Download** the self-extracting ASCII text file.

```
R 140800Z AUG 97 ZYB
FM COMNAVSURFRESFOR NEW ORLEANS LA //N1//
TO NAVSURFRESFOR
CINCUSNAVEUR LONDON UK//N13//
BT
UNCLAS  //N05400//
MSGID/GENADMIN/COMNAVSURFRESFOR//
SUBJ/FY98 COMMAND AND SENIOR OFFICER (05/06) NONCOMMAND BILLET
/SCREENING AND DETAILING BOARD RESULTS//
REF/A/DOC/COMNAVSURFRESFORNOTE/5400/21FEB97//
AMPN/REF A IS FY98 NATIONAL, COMMAND AND SENIOR OFFICER NONCOMMAND SCREENING AND DET
POC/Y. E. ROGERS/LCDR/CNSRF(N12)/DSN: 678-5878/TEL: (504) 678-5878
RMKS/1.  PER REF A, THE CNSRF FY98 NATIONAL BILLET SCREENING AND DETAILING BOARD CON
NAME                         RANK      SSN/DESIG    RUIC NAME
NRA                          RUIC      BILLET NAME
===============              ======    ==========   ==============================

    ACKER III                CDR       4849/4105    NR COMPHIBRON 2 DET 213
    1357                     85536     CHAPLAIN
    ADAM, KENNETH            CAPT      9859/3105    FISC WEST DET 519
    1942                     87055     CO           PRCM CONTRACT/REGIONAL CONTRAC
    ADAMS, DAVID             LCDR      0180/1115    NR SIMA PASCAGOULA DET 1
    0937                     87890     CO           ADSUR SELRES CO BILLET
    ADAMS, DAVID             LT        8115/6165    NR 4MD 4 RCNBN D
    1103                     88478     OIC          NAVGUNFIRE LIA
    ADAMS, MICHAEL           CDR       2520/2305    NR FH500 CBTZ 22 DET A
    0401                     88343     OIC          OIC
    AGUILAR, RAYMUNDO        CDR       6443/1325    NR COMSEVENTHFLT DET 111
    1115                     86913                  STF AIR TAC
    ALBA, BENJAMIN           CAPT-S    1936/1445    NR NAVSEA INDUST MOB 522
    2252                     89333                  ENG LIAISON/ENGINEERING LIAISO
    ALBERTS, GREGORY         CDR-S     2375/1115    NR COMSC 206
    0655                     89272                  STFOPSCMDCENWO/USTC LIAISON
    ALEXANDER, GEORGE        CDR       9608/1325    NR COMSEVENTHFLT DET 111
    1115                     86913                  STF OPS CMD CEN WATCH
    ALLEN, ELAINE            CAPT      5610/1705    NR CNAVEUR DET 318
    1662                     85731     CO           LOGISTICS/REDI/TSSU DIR N4/J4
    ALLEN, JANA              LCDR      1393/1115    NR NAVMASSO DETPAC SD 219
    1942                     89665     OIC          OIC SHR ACT/BACKFILL 0157479
    ALLEN, TODD              LCDR      6014/1125    NR USS CABLE AS-40
    2219                     85001     OIC          OPS AFLOAT GEN
    ALT, KEVIN               CDR       4674/1125    NR NCCOSC RDT&E DIV 119
    1942                     83438                  LIAISON R&D/HQ SPT TEAM
    ALTIZER, JR., PHILIP     CDR       6413/1115    NR MSCOREDSEA 106
    0623                     89268     CO           CO MSCO
    ANDERSON, GLENN          CDR       5799/1115    SPECIAL BOAT UNIT 22
    0937                     52857                  RES COORD/NSWTU CDR
    ANDERSON, LEWIS          CDR-S     2943/1115    NR SIMA SDG COR519
    1942                     87885                  NBTA
    ANDERSON, SUSAN          CDR       8010/2905    NR NH BETH 706
    0196                     83586     OIC          OIC
    ANDRES, GARY             LCDR      4116/1115    NR PHIB CB 2 DET 101
    0130                     82686     CO           SELRES CO
```

05 2218

FILED

NOV 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| Name | Rank | Numbers | Assignment | Notes |
|---|---|---|---|---|
| SCHUR, WARREN 0143 | CAPT | 0809/1115 83285 CO | NR SPAWAR HQ 201 DIR/PROJECT MANAGE (CO) | |
| SCHWARTZ, SUSAN 0655 | CAPT-S | 7405/1705 85019 CO | NR BUPERS 47 COMP 706 MGT ANAL CTL/DIR DISTRIBUTION | |
| SCHWEER, MARK 2247 | CDR | 9745/3105 88775 CO | NR ABFC CCAS 5 ADMIN CONTRACT/COMMANDER | |
| SCHWEIKHARD, JAMES 1929 | LCDR | 0741/2305 87078 OIC | NR NH SD 219 OIC | |
| SCHWIND, CYNTHIA 0655 | CDR | 7858/1705 87987 | NR DCNO OPS N4 106 LOGISTICS/N423F SEALIFT PROG W | |
| SCOTT, CRAIG 0655 | CAPT-S | 2987/1125 89300 | NR GENERAL IMA DC DET MOB PLNS/OPS OFF 452140A05W02 | OSD JOINT STAFF |
| SCOTT, MICHAEL 1620 | CDR | 6047/1445 83610 CO | NR NAVSEA DET 1820 SHP TYPE ENG/03R/PRO | |
| SCOTT-MCKNIGHT, CHARLOTTE 0986 | CDR-S | 3220/1445 87257 | NR NAVSEA INDUST MOB 818 ENG LIAISON/ENGINEERING LIAISO | |
| SEARS, MICHAEL 1323 | LCDR | 8664/1125 85010 OIC | NR SSF NLON DET 505 TORP WEP/ORDNANCE SVCS OFF | |
| SEEGER, HOWARD 0655 | CDR | 8242/1445 89134 | NR NAVSEADET 1506 IG/00N/WPN HANDLING TEAM A | |
| SEITZ, BRUCE 1905 | LCDR | 2718/1115 85440 | BMU-1 DET 119 BCH PAR GRU COM | |
| SENF, RANDALL 1942 | CDR | 9938/3105 83609 | NRCC SINGAPORE ADMIN CONTRACT | |
| SERVIES, TYLER 1942 | CDR | 7519/3105 85726 | NR COMNAVSURFPAC DET 219 STF LOG DET | |
| SETO, CHESTER 2269 | CDR | 1885/1315 83781 | NR BATT GP STF 5 NBTA | |
| SETTE, KARL 2213 | CDR | 4546/1445 89132 | NR NAVSEADET 122 ENGLIAISON/NAVENG MA | |
| SEVERS, RICHARD 1942 | CDR | 0115/1115 89942 CO | NR TACTRAGRUPAC 119 ADV C&S INST/C3I | |
| SHANNON, FREDERICK 0836 | CAPT | 3183/2105 83349 OIC | NAV HOSPITAL JACKSONVILLE OFFICER IN CHARGE | |
| SHARITS, DEBRA 1115 | LCDR | 2044/1705 83604 CO | NR USS INCHON MCS12 D 121 SELRES AIR COORDINATOR | |
| SHARKEY, CHARLES 1941 | LCDR | 0165/1115 83263 OIC | NR FFG19 1919 OIC | |
| SHEBALIN, PAUL 0655 | CAPT | 4813/1445 89462 | NR PMS TNW 106 ENG LIAISON/03K/EMP PROGRAM PL | |
| SHELTON, MICHAEL 0657 | CAPT | 5472/1325 83126 | NR NAVY COMBAT DOC DET 20 HISTORICAL/COMBAT ART BRANCH | |
| SHEPHERD, LEMUEL 2269 | CDR | 4466/1115 82603 | NR SPAWAR HQ 1020 ENG LIAISON | |
| SHEPPARD, GEORGE 0655 | CDR | 1001/2205 89092 | NR NDCL BETHESDA 106 DENTAL GP | |
| SHERER, TIMOTHY 0432 | CDR | 9740/3105 86649 | NR NAVSUP MECH HQ QA SUPT/INDUSTRIAL QUALITY MAN | |
| SHERIDAN, JAMES 0401 | CDR | 9350/1125 86987 | NR ONR SCI&TECH 304 LIAISON R/D/ARM RSCH | |
| SHERMAN, CHRISTOPHER 0408 | CAPT | 5131/1315 89854 CO | NR COMUSFOR AZORES 104 CHIEF OF STAFF 02/03 | |
| SHIELDS, JOANNE 2225 | LCDR | 1503/2305 88565 OIC | NR 4FSSG4 DC 2 CO | |
| SHIELDS, WOODROW 0655 | CAPT-S | 7116/1125 83381 CO | NR COMSUBLANT BGS 306 STF OPS/PLN/TEAM LEADER | |
| SHIRAKI, CLYDE 0655 | CAPT | 6991/1145 83289 | NR NAVORDCEN HQ WEP/AM INS/SAF | |
| SHRIEVES, JOHN 1131 | LCDR | 7529/3105 83523 CO | NR ABFC D31 SSB DET B311 GEN SUP/MESS,BERTH,TRANS DIV O | |
| SHUNK, KIMBERLY | CDR | 4633/3105 | NR FISC YOKOSUKA 122 | |