

**DEPARTMENT OF THE NAVY**
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

HD:hd
Docket No: 03818-02
20 October 2003

CDR CRAIG C SCOTT USNR RET
20829 SPINNING WHEEL PLACE
GERMANTOWN MD 20874

Dear Commander Scott:

This is in reference to your application for correction of your naval record. You requested special selection board consideration for the Fiscal Year (FY) 97 and 98 Naval Reserve Unrestricted Line Captain Selection Boards.

The enclosed correspondence from the Office of the Judge Advocate General reveals that the Acting Secretary of the Navy has granted you consideration by a special selection board for the FY 97 Naval Reserve Unrestricted Line Captain Selection Board. Accordingly, your case before this Board has been closed administratively.

If you are not selected by the special selection board for FY 97, you may ask that your case be reopened as it concerns your request for a special selection board for FY 98.

Sincerely,

JONATHAN S. RUSKIN
Head, Performance Section

Enclosure

PLAINTIFF EXHIBIT 4

05 2218

FILED
NOV 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT





**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
1322 PATTERSON AVENUE SE SUITE 3000
WASHINGTON NAVY YARD DC 20374-5066

IN REPLY REFER TO
1400
Ser 13/2BC12312.03
24 SEP 2003

MEMORANDUM FOR ACTING SECRETARY OF THE NAVY

Subj:  FY97 AND FY98 USNR CAPTAIN UNRESTRICTED LINE SPECIAL SELECTION BOARD REQUEST ICO COMMANDER CRAIG C. SCOTT, USNR (RET.)

Ref:   (a) BCNR ltr HD:ks Docket No. 03818-02 of 4 Jun 02

1. Approval of subject request, forwarded by reference (a), is legally unobjectionable. I recommend you sign below to authorize convening an FY97 Reserve Captain Unrestricted Line Special Selection Board for Commander Scott.

MICHAEL F. LOHR
Rear Admiral, JAGC, U.S. Navy
Judge Advocate General

SECNAV DECISION:

Approve special board consideration: _H T Johnson 9/26/03_

Disapprove special board consideration: _____

Other: _____



**DEPARTMENT OF THE NAVY**
NAVY PERSONNEL COMMAND
5720 INTEGRITY DRIVE
MILLINGTON TN 38055-0000

```
                                           1401
                                           Ser 480/0499
                                           19 July 2004
```

From:  Commander, Navy Personnel Command
To:    CDR Craig Scott, USNR, 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/1129

Subj:  SPECIAL PROMOTION SELECTION BOARD RESULTS

1. This letter is provided to inform you of the results of the FY-97 Reserve Captain Unrestricted Special Promotion Selection Board. Unfortunately, you were not selected for promotion.

2. Should you have any further questions, you can contact LCDR May Jacobs at commercial (901) 874-4555, DSN 882-4555 or email may.jacobs@navy.mil.

STEPHEN LEPP
By direction

PLAINTIFF EXHIBIT 5



05 2218

**FILED**

NOV 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1401
Docket No: 03818-02
▓▓▓▓-2987
27 July 2004

From: Commander Craig Charles Scott, USNR (ret.), 20829 Spinning Wheel Place, Germantown, Maryland 20874
To: Board for Correction of Naval Records, Department of the Navy, Washington, DC 20370-5100

Subj: REQUEST FOR SPECIAL SELECTION PROMOTION BOARD

Ref: A. Navy Personnel Command Memorandum Ser 480/0499, 19 July 2004
B. SECNAVINST 1401.1B
C. BCNR Memorandum Docket No: 03818-02, 20 October 2003

Encl: (1) Navy Personnel Command Memorandum Ser 480/0499, 19 July 2004
(2) Application for Correction of Military Record (DD Form 149)
     (Copy of original request)

1. As per reference A, I failed to select during the FY-97 Reserve Captain Unrestricted Special Promotion Selection Board. I am concerned that the memorandum notifying me of my failure to select identified me with an incorrect social security number. Please inform me of the facts regarding this error and whether my record was actually properly presented to the selection board for review. Also, please provide sufficient information to document to a reasonable degree that my correct record, including the information that I forwarded to the Board, was reviewed properly, and that this incorrect social security number on my failure to select notification does not represent gross error in the proceedings and reporting of the Board results.

2. As per references B, subsequent to the removal of prior non-selections from my official military records, I request relief from failure to select during the FY-98 Naval Reserve Captain (line) Selection Board through the reopening of my case, as per reference C, and the conduct of a Special Selection Promotion Board for FY-98. I request that my case be reopened simultaneously with investigating, and providing a remedy for, any errors that may have occurred during the proceedings referenced above.

3. Due to instructions and procedures requiring the Promotion Boards to give special consideration to minorities and women, I was denied my Fifth Amendment Constitutional right to Equal Protection and Due Process during the FY-97 and FY-98 Naval Reserve Captain (Line) Selection Boards.

Craig C. Scott

05 2218

FILED
NOV 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF EXHIBIT 6

1401
Docket No: 03818-02
▉▉▉-2987
18 August 2005

From: Commander Craig Charles Scott, USNR (ret.), 20829 Spinning Wheel Place, Germantown, Maryland 20874
To: Board for Correction of Naval Records, Department of the Navy, Washington, DC 20370-5100

Subj: SPECIAL SELECTION PROMOTION BOARD

Ref: A. Navy Personnel Command Memorandum Ser 480/0499, 19 July 2004
B. SECNAVINST 1401.1B
C. BCNR Memorandum Docket No: 03818-02, 20 October 2003

1. My response to reference A, dated 27 July 2004, documented my concern with the FY-97 Reserve Captain Unrestricted Special Promotion Selection Board identifying me by an erroneous social security number. It requested an accounting for the apparent gross error in the proceedings and reporting of the Board results. Concurrently, I requested, as per reference B, and subsequent to the removal of prior non-selections from my official military records, relief from failure to select during the FY-98 Naval Reserve Captain (line) Selection Board through the reopening of my case, as per reference C, and the conduct of a Special Selection Promotion Board for FY-98.

2. More than a year has passed since my request and I have received no indication of progress, or any activity whatsoever, regarding my case. There has been no accounting for the gross error in the proceedings and reporting of the FY-97 Reserve Captain Unrestricted Special Promotion Selection Board and no indication throughout the past year, as other selection boards have been conducted, that my case was reopened as requested and as specified in reference C. As a consequence, if no reasonable assurance is provided that my case is being acted upon, I will necessarily consider constructive final agency action and proceed accordingly.

Craig C. Scott

05 2218

**FILED**

NOV 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF EXHIBIT 7

Message left on the home telephone voice mail of Craig C. Scott on October 17, 2005, between 12:20pm and 12:50pm.

Mr. Scott. My name is ... ah ... LCDR Dunn. I work at NPC in Millington. I have before me a folder which ... uhm ... has a request for information from...ah ... from you based on the letter we sent out ... uhm ... that may have had a incorrect social security number on it. Uhm ... If you could contact me my e:mail address is Curtis, c-u-r-t-i-s, dot Dunn, d-u-n-n, @ navy.mil. If you could attach me a scanned copy of that ...uhm ... so I could ...ah ... look at ...uhm. We're actually trying to find the ... that ... that letter here but so far I haven't ...ah ... I haven't found it. But if you ... ah ... had a copy of it and could e:mail it to me I would appreciate it. And ... ah ... that's about it right now. Thanks a lot Mr. Scott. You have a good day.

05 2218

FILED
NOV 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF EXHIBIT 8

**Scott, Craig**

| | |
|---|---|
| From: | Scott, Craig |
| Sent: | Tuesday, October 18, 2005 9:01 AM |
| To: | LCDR Curtis Dunn (curtis.dunn@navy.mil) |
| Subject: | BCNR Docket No: 03818-02 |

LCDR Dunn,
Attached please find a transcript of your voicemail left on my home telephone requesting a copy of a letter that was sent to, and received by the BCNR (Board) well over a year ago. These attached BCNR documents should be available through the Board personnel that forwarded you the latest letter I sent to the Board under Docket No: 03818-02. Attachment BCNR1 is a letter from the Board informing me of the path forward. Attachment BCNR2 is the NPC letter addressed to me but identified with someone else's social security number. Attachment BCNR3, the letter you requested in the voicemail, is my responding letter to the Board and the documents that confirm it was received.

Craig Scott

   

NPC voice mail.doc    BCNR1.doc (10 MB)    BCNR2.doc (1 MB)    BCNR3.doc (8 MB)
(30 KB)

1

**Scott, Craig**

| | |
|---|---|
| From: | Scott, Craig |
| Sent: | Tuesday, October 18, 2005 9:20 AM |
| To: | LCDR Curtis Dunn (curtis.dunn@navy.mil) |
| Subject: | BCNR Docket No: 03818-02 |

LCDR Dunn,
The below message, with three additional attachments, was too large to be delivered to you, even when attempting to send the attachments one at a time. You should be able to access the case/docket through the BCNR files.
Craig Scott

LCDR Dunn,
Attached please find a transcript of your voicemail left on my home telephone requesting a copy of a letter that was sent to, and received by the BCNR (Board), well over a year ago. These attached BCNR documents should be available through the Board personnel that forwarded you the latest letter I sent to the Board under Docket No: 03818-02. Attachment BCNR1 is a letter from the Board informing me of the path forward. Attachment BCNR2 is the NPC letter addressed to me but identified with someone else's social security number. Attachment BCNR3, the letter you requested in the voicemail, is my responding letter to the Board and the documents that confirm it was received.

Craig Scott



NPC voice mail.doc
(30 KB)

1

**Scott, Craig**

| | |
|---|---|
| **From:** | Topping, Heather K [heather.topping@navy.mil] |
| **Sent:** | Tuesday, October 18, 2005 10:31 AM |
| **To:** | Scott, Craig |
| **Subject:** | Your BCNR petition |

Mr. Scott,

Navy Personnel Command (PERS-480) is preparing an advisory opinion concerning your BCNR petition. In order to complete the advisory opinion they are requesting that you provide a copy of the letter Serial Number 480/0499 dated 19Jul2004 concerning your failure to select.

If you have a copy of this letter please fax it to me at 901-874-2604.

Thank you,
v/r
Heather Topping
Assistant for BCNR Matters
3LC2
Navy Personnel Command
901-874-3043/ dsn 882-3043
visit us on the web: http://www.npc.navy.mil/AboutUs/NPC/LegislativeCongressionalAffairs/BCNR.htm

10/19/2005