UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CDR CRAIG C. SCOTT, USNR (Ret.)**

**VS**

**GORDAN R. ENGLAND**

CASE NUMBER: **1:05CV02218 RMU**

## AFFIDAVIT OF SERVICE

I, CRAIG C. SCOTT, hereby declare that on the 16th day of November 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to:

GORDON R. ENGLAND
SECRETARY OF THE NAVY
WASHINGTON, DC 20350-1000

Attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) Amy Williams  C. Date of Delivery 11-22-05 |
| 1. Article Addressed to:<br><br>GORDON R. ENGLAND<br>SECRETARY OF THE NAVY<br>WASHINGTON, DC<br>20350-1000 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0001 8431 2441 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

20829 Spinning Wheel Place
Germantown, Maryland 20874
(301) 903-2192

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CDR CRAIG C. SCOTT, USNR (Ret.)**

VS

**GORDAN R. ENGLAND**

CASE NUMBER: **1:05CV02218 RMU**

## AFFIDAVIT OF SERVICE

I, CRAIG C. SCOTT, hereby declare that on the 16th day of November 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to:

U.S. ATTORNEY
555 4TH ST. NW
WASHINGTON, DC 20001

Attached hereto is the green card acknowledging service.

[Green card / PS Form 3811 attached, signed by Sandra Carter, Article Number 7005 2570 0001 8431 2465, addressed to U.S. Attorney, 555 4th St. NW, Washington, DC 20001]

20829 Spinning Wheel Place
Germantown, Maryland 20874
(301) 903-2192