IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| COMMANDER CRAIG C. SCOTT, USNR (Ret.) )<br>20829 Spinning Wheel Place )<br>Germantown, Maryland 20874 )<br> )<br>Plaintiff )<br> )<br> )<br>v. )<br> )<br>GORDON R. ENGLAND, SECRETARY OF )<br>THE NAVY )<br>Office of the Secretary of the Navy )<br>Washington, DC 20350-1000 )<br> )<br>Defendant )<br>_____ ) | Civil Action No. 05-2218 (RMU) |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff respectfully responds as follows:

1. The current complaint in this action was filed November 15, 2005, based on constructive exhaustion of administrative remedies due to inaction on the part of the Defendant in that Defendant had failed to take any action, in accordance with Defendant's own specified process, over a period in excess of one year.

2. Since Defendant approved, on January 26, 2006, the conduct of a Special Selection Promotion Board for Fiscal Year 1998, Plaintiff dismissed Civil Action No. 05-2218 (RMU) in accordance with the Federal Rules of Civil Procedure, Rule 41(a), while awaiting completion of actions committed to by Defendant. This dismissal acknowledges only that Defendant is recommitting to actions that were in response to Plaintiff's initial complaint filed April 10, 2002, but never completed.

3. Plaintiff's Rule 41(a) dismissal of the current complaint in no way concedes the outstanding claims as to the Defendant's violation of Plaintiff's Fifth Amendment – Equal Protection and Due Process rights, in that Defendant required and enforced non-permissible special considerations for female and minority candidates during promotion board proceedings. Participants in more recent promotion boards are available to describe that, although written quotas or goals are no longer documented in the proceedings, there are special considerations afforded minority and female candidates that place other candidates at a disadvantage.

Dated: March 31, 2006                                    Respectfully submitted,

*Craig C. Scott*

Craig C. Scott
20829 Spinning Wheel Place
Germantown, Maryland 20874
(301) 903-2192

2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on April 1, 2006, I served the enclosed Pleading, case number 05-2218 (RMU) filed November 15, 2006, on the following by means of first class mail, postage prepaid:

Mr. Herbert E. Forrest, Esq.
U.S. Department of Justice
Civil Division – Federal Programs Branch
Room 7112
20 Massachusetts Avenue, N.W.
Washington, DC 20530

                                                            */s/ Craig C. Scott*
                                                             Craig C. Scott